PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dimas Orellana Perez    Cr.: 00-00201-001 (MD/PA)

Name of Sentencing Judicial Officer: Sylvia H. Rambo, U.S.D.J. - Middle District of Pennsylvania
Judicial Transfer: Katharine S. Hayden, U.S.D.J. - District of New Jersey

Date of Original Sentence: 03/07/01 (MD/PA)

Original Offense: Illegal Re-Entry

Original Sentence: 60 months incarceration; 3 years supervised release; $500 fine; $100 special assessment.

Type of Supervision: Supervised Release    Date Supervision Commenced: 11/19/04

Assistant U.S. Attorney: To be assigned    Defense Attorney: To be assigned

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On June 6, 2007, Dimas Orellana Perez was issued a criminal compliant for the offense of Illegal Re-Entry, a violation of Title 8, United States Code, Sections 1326(a) and (b)(2) and Title 18, United States Code, Section 2. This charge represents a Class C felony. |
| 2 | The offender has violated the supervision conditions which state '**You shall not commit another federal, state, or local crime;**' and '**Should he be deported, he shall not re-enter the United States without the express permission of the Attorney General. Should the defendant leave and subsequently re-enter the United States prior to the expiration of the supervised release term, he shall report immediately to the U.S. Probation Office.**' |
| | On May 29, 2007 or before, Perez illegally re-entered the United States. |

PROB 12C - Page 2
Dimas Orellana Perez

3           The offender has violated the supervision condition which states **'Should he be deported, he shall not re-enter the United States without the express permission of the Attorney General. Should the defendant leave and subsequently re-enter the United States prior to the expiration of the supervised release term, he shall report immediately to the U.S. Probation Office.'**

Upon his illegal re-entry into the United States, Perez failed to report immediately to the U.S. Probation Office.

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio
U.S. Probation Officer
Date: 10/17/07

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

12/18/07
Date